this document is written in common english

FILE ON DEMAND

in federal court
at the united states district court
eastern district of texas
sherman division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY  8 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| i: a woman;<br>    prosecutor | § <br>§ [case number: 4:14cv204]<br>§<br>§ case number: 2014-dal<br>§ |
| Federal District Court Case<br>4:12-cv-568-RAS-DDB<br>Countrywide Home Loans Inc.<br>Bank of America N.A.<br>Wells Fargo Home Loans Inc.<br>U.S. Bank N.A.<br>Recontrust Company N.A.<br>Mortgage Electronic Registration Systems, Inc.<br>BAC Home Loans Servicing LP<br><br>    wrongdoer(s) | § nature of case: claim<br>§ claim: trespass; joint trespass[forgery]<br>§<br>§ (verified)<br>§<br>§<br>§ order<br>§<br>§ |

order

the lohri court requires:

this case do continue as one of trespass and joint trespass; and;

if any man/woman acting as a court officer or any other man/woman interferes; changes; intermeddles; with my case it may be considered trespass; trespass upon the case; contempt of court;

i, say here, and will verify in open court, that all herein be true

may 8 2014

debra ann lohri